JEREMY FACIANE AND FAITH FACIANE                    NO. 25-C-360

VERSUS                                               FIFTH CIRCUIT

MORTEZA SHAMSNIA, M.D., ET AL., UNITED              COURT OF APPEAL
EDUCATORS' INSURANCE, A RECIPROCAL
RISK RETENTION GROUP                                STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Morgan Waquin
Deputy, Clerk of Court

August 12, 2025

Morgan Naquin
Deputy Clerk

IN RE UNITED EDUCATORS INSURANCE, A RECIPROCAL RISK RETENTION GROUP

APPLYING FOR SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE NANCY A. MILLER, DIVISION "I", NUMBER 756-172

Panel composed of Judges Jude G. Gravois,
Marc E. Johnson, and Scott U. Schlegel

## WRIT DENIED; STAY DENIED

In this emergency writ application, relator/defendant, United Educators Insurance, a Reciprocal Risk Retention Group, seeks this Court's supervisory review of the trial court's August 11, 2025 ruling which granted the motion *in limine* filed by plaintiff, Faith Faciane. Plaintiff argued in her motion that based on La. R.S. 32:295(F), defendant should be precluded from offering testimony or any evidence of Jeremy Faciane not being placed in a booster seat at the time of the subject accident. Relator also requested a stay of the trial which is already in progress.

La. R.S. 32:295(F) provides:

> In no event shall failure to wear a child passenger safety seat system be considered as comparative negligence, nor shall such failure be admissible as evidence in the trial of any civil action with regard to negligence, nor shall such failure be considered a moving violation.

A trial court is afforded broad discretion in its consideration of evidentiary matters, including motions *in limine*, which are not to be disturbed on review absent a clear abuse of that discretion. *George v. Progressive Waste Solutions of La., Inc.*, 22-1068 (La. 12/9/22), 355 So.3d 583, 587.

Upon review, based on the showing made and La. R.S. 32:295(F), we find no clear abuse of the trial court's great discretion in granting the motion *in limine* precluding defendant from offering testimony or any evidence of Jeremy Faciane not being placed in a booster seat at the time of the subject accident.

Accordingly, this writ application is denied.  Relator's request for a stay is also denied.

Gretna, Louisiana, this 12th day of August, 2025.

**JGG**
**MEJ**
**SUS**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. TRAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **08/12/2025** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**25-C-360**

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Nancy A. Miller (DISTRICT JUDGE)
George D. Fagan (Relator)
Neal J. Favret (Respondent)
Leila A. D'Aquin (Relator)

### MAILED

Karen E. Futch (Relator)
Jessica A. Longacre (Relator)
Attorney at Law
1100 Poydras Street
Suite 1700
New Orleans, LA 70163

Dean J. Favret (Respondent)
Attorney at Law
1555 Poydras Street
Suite 1600
New Orleans, LA 70112